IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRANIA PAWNELL, KIMBERLY
STACKER and JAMIE MANSKE,
Individually, and on behalf of all
others similarly situated,

    Plaintiffs,

vs.

BODY CENTRAL STORES, INC.,

    Defendant.

No.   3:13-cv-01244-DRH-PMF

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' joint stipulation of dismissal without prejudice (Doc. 15).  Plaintiffs and defendant Body Central Stores, Inc. voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 15).  The parties stipulate to the dismissal without prejudice of the above matter, with each party to bear its own attorneys' fees and costs.  The Court hereby **ACKNOWLEDGES** said notice and holds that the plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**.  The Court will close the file.

    **IT IS SO ORDERED.**
Signed this 29th day of January, 2014.

Digitally signed by David R. Herndon
Date: 2014.01.29 16:18:31 -06'00'

**Chief Judge**
**United States District Court**